IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

RAYMOND JAMES FINANCIAL SERVICES, INC.,

    Plaintiff-Appellee,

v.                                                                            Case No.:   09-1038

THOMAS W. BISHOP,
STEVEN E. HAMANT, and
TIMOTHY E. SCANLON,

    Defendants-Appellants,

## **APPELLANTS' MOTION TO SUPPLEMENT JOINT APPENDIX**

The appellants, Thomas W. Bishop, Steven E. Hamant and Timothy E. Scanlon, by the undersigned counsel, move to supplement the Joint Appendix by submitting a second volume that contains documents inadvertently excluded from the volume initially submitted with the Opening Brief of Appellants.

Counsel for the appellee consents to this Motion and the supplementation of the Joint Appendix.

WHEREFORE, the appellants respectfully request leave to supplement the Joint Appendix to include documents inadvertently excluded from the volume filed originally.

                                              Respectfully submitted,

                                              THOMAS W. BISHOP
                                              STEVEN E. HAMANT
                                              TIMOTHY E. SCANLON

By:   */s/ Scott Gregory Crowley*
    _____
               Counsel

Jay J. Levit (VSB# 5637)
10132 West Broad Street
Glen Allen, VA  23060
(804) 270-4600
(804) 747-5576
Counsel for appellant Thomas W. Bishop

Scott Gregory Crowley (VSB # 31216)
CROWLEY & CROWLEY
The Meridian Building
1800 Bayberry Court, Suite 102
Richmond, Virginia 23226
(804) 282-5303
(804) 282-5337 (fax)
Counsel for appellants Steven E. Hamant and Timothy E. Scanlon

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Appellants' Motion to Supplement Joint Appendix was filed with the Clerk, United States Court of Appeals for The Fourth Circuit via hand delivery and electronically using the Court's CM/ECF system which will send notification to Counsel for appellee and a copy was sent via e-mail and mailed First Class, postage prepaid, to counsel for the appellee:

    Stephen E. Cochran, Esq.
    Haight, Tramonte, Yeonas, Roberts & Cochran, P.C.
    8221 Old Courthouse Road, Suite 300
    Vienna, VA 22182

    Victor M. Glasberg & Associates
    121 South Columbus Street
    Alexandria, VA 22314

on this 6th day of April, 2009.

                By: /s/ Scott Gregory Crowley
                _____
                      Counsel